Kimberlee A. Colbo
HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Fire
 and Casualty Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SIMARA VONGTHONGDY,

　　　　　Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY,

　　　　　Defendant.

Case No. _____

**NOTICE OF REMOVAL**

TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

　　　　This notice of defendant State Farm Fire and Casualty Company respectfully shows:

　　　　1.　　That on the 1st day of April, 2008, an action was commenced against defendant State Farm Fire and Casualty Company in the Superior Court for the State of Alaska at Anchorage, entitled <u>Simara Vongthongdy v. State Farm Fire and Casualty</u>

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Company, Case No. 3AN-08-6325 Civil. Plaintiff is seeking damages in an amount greater than $100,000.

2. That this notice of removal is being filed pursuant to Title 28, United States Code § 1446(a) and (b) within thirty (30) days after receipt by defendant State Farm Fire and Casualty Company of the Summons and Complaint in the above-referenced action. Service of the Summons was accomplished on April 4, 2008. Copies of all papers found by defendant State Farm Fire and Casualty Company in the file of the Superior Court for the State of Alaska, Third Judicial District, concerning this action are attached hereto in accordance with Title 28, United States Code § 1446(a):

| | |
|---|---|
| Exhibit A | Case Description – Superior Court, undated |
| Exhibit B | Counsel of Record form, undated |
| Exhibit C | Complaint with exhibits dated April 1, 2008 |
| Exhibit D | Summons and Notice to Both Parties of Judicial Assignment dated April 1, 2008 |
| Exhibit E | Notice of Change of Judge dated April 2, 2008 |
| Exhibit F | Affidavit of Civil Rule 4 Process dated April 8, 2008 |
| Exhibit G | Notice of Removal of Civil Action dated April 29, 2008 |

See Exhibits A-G, attached.

3. This court has original jurisdiction of this action pursuant to Title 28, U.S.C. Section 1332(a), and this action may be removed to United States District Court pursuant to Title 28, U.S.C. Section 1441, in that it is a civil action, the sum in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity exists between the parties to this lawsuit.

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

On information and belief, at the time this action was commenced, Plaintiff was a resident of either Alaska or California as alleged in the Complaint.

At the time this action was commenced, defendant State Farm Fire and Casualty Company was and is an Illinois corporation that maintains its Statutory Home Office and Main Administrative Office at One State Farm Plaza, Bloomington, Illinois 61710-0001.

4. Defendant State Farm Fire and Casualty Company will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

WHEREFORE defendant State Farm Fire and Casualty Company gives notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District is hereby removed to this court.

DATED at Anchorage, Alaska, this 29th day of April, 2008.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC,
Attorneys for Defendant State Farm
Fire and Casualty Company

By: /s/ Kimberlee A. Colbo
Kimberlee A. Colbo
ABA No. 9211072
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone No: (907) 274-7522
Facsimile No: (907) 263-8320
Email: KAC@hpglaw.net

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

# VERIFICATION

STATE OF ALASKA )
 ) ss.
THIRD JUDICIAL DISTRICT )

Kimberlee A. Colbo, being first duly sworn, deposes and states that she is one of the attorneys for State Farm Fire and Casualty Company, defendant above named; that she knows the contents of this notice of removal and that the same are true and accurate to the best of her knowledge and belief; and that she voluntarily executed the foregoing notice of removal and was fully authorized to do so on behalf of State Farm Fire and Casualty Company.

_____
Kimberlee A. Colbo

SUBSCRIBED AND SWORN TO before me this 29th day of April, 2008.

_____
Notary Public in and for Alaska
My commission expires: 4-9-2011

I hereby certify that a true and correct copy
of the foregoing was served via mail
on the 29th day of April, 2008 on:

Jeffrey J. Barber
Barber & Sims
821 N Street, Suite 103
Anchorage, AK 99501

DATED this 29th day of April, 2008.

This document is in Times New Roman 13.

_____

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

# Simara Vongthongdy v. State Farm Fire and Casualty Company

## Notice of Removal

## Index of Exhibits

| | |
|---|---|
| Exhibit A | Case Description – Superior Court, undated |
| Exhibit B | Counsel of Record form, undated |
| Exhibit C | Complaint with exhibits dated April 1, 2008 |
| Exhibit D | Summons and Notice to Both Parties of Judicial Assignment dated April 1, 2008 |
| Exhibit E | Notice of Change of Judge dated April 2, 2008 |
| Exhibit F | Affidavit of Civil Rule 4 Process dated April 8, 2008 |
| Exhibit G | Notice of Removal of Civil Action dated April 29, 2008 |

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX